## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Shenzhen Aji Fashion Technology Co. Ltd.

                                              Plaintiff,

v.                                                   Case No.: 1:23−cv−14043

                                                   Honorable Nancy L. Maldonado

WhaleCo Inc., et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 3, 2024:

      MINUTE entry before the Honorable Nancy L. Maldonado: The Court has reviewed the parties' initial joint status report [23]. In light of the pending motion to transfer, which is set for supplemental briefing, the Court strikes the 1/9/2024 initial status hearing [4]. The Court will reset the hearing, if appropriate, after resolution of the motion to transfer venue.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.